# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-11-0254(JFB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DERICK PHANORD | STIPULATION & ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. MARSHALS SERVICE 225 CADMAN PLAZA, ROM G-20, BROOKLYN, N.Y. 11201

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn: Brian Gappa

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please execute the Stipulation and Order, authorizing the USMS to dispose the 2001 Volkswagen, VIN 9BWDD61J714040740. Please deposit the proceeds into the seized asset forfeiture fund, pending further order of the Court.

11-DEA-556717

| Signature of Attorney or other Originator requesting service on behalf of: *for* AUSA Laura Mantell | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (631) 715-7881 | DATE January 18, 2012 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 01/23/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/20/12   Time: ____ am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $$ | | | $$ | | |

**REMARKS:** Property sold on April 20, 2012 for $2,500.00 and funds deposited into Asset forfeiture fund Account on 4/20/2012

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -                              Cr. No. 11-0254

DERICK PHANORD,                          (Bianco, J.)

              Defendant.

- - - - - - - - - - - - - - - - - - X

### STIPULATION AND ORDER

WHEREAS, on September 27, 2011, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein Defendant Derick Phanord ("Phanord") agreed to the forfeiture of One 2001 Volkswagen, VIN 9BWDD61J714040740, New York Registration FGT 7355 (the "Forfeited Vehicle"), as property, real or personal, that was derived from proceeds traceable to a conspiracy to commit robbery in violation of 18 U.S.C. § 1951 and/or involved in a violation of 18 U.S.C. § 1956, and/or as substitute assets, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,

1. The U.S. Marshals Service shall conduct a sale of the Forfeited Vehicle in accordance with all laws and applicable regulations.

2. The net proceeds of the sale will be deposited into an interest bearing escrow account maintained by the U.S. Marshals

Service and substituted as the Forfeited Vehicle pending a final judgment in this case.

3.   "Net proceeds," as used above, is defined as the gross proceeds of the sale less: (a) all costs incurred by the U.S. Marshals Service in connection with the maintenance, marketing and sale of the Forfeited Vehicle, and (b) less any amounts owed based upon the lien report that have been filed against the Forfeited Vehicle.

4.   This agreement is intended solely to permit a sale of the Forfeited Vehicle and to permit the net proceeds to remain in the custody of the U.S. Marshals Service, pending a final judgment in this action.  Upon entry of a final judgment, the monies in the above described account shall be disbursed pursuant to the terms of the judgment.

5.   The Court shall retain jurisdiction over this action to effectuate the terms of this Stipulation of Order.

6.   The Clerk of the Court shall forward five (5) certified copies of this Stipulation of Order to the United States Attorney's Office, 610 Federal Plaza, Central Islip, New

-3-

York 11722, Attn: Brian Gappa, FSA Asset Forfeiture Paralegal.

Dated: Central Islip, New York
       January 10, 2012

                                              LORETTA E. LYNCH
                                              UNITED STATES ATTORNEY
                                              Eastern District of New York
                                              610 Federal Plaza, 5th Fl.
                                              Central Islip, New York 11722

                          By: _____  JAMES H. WAPP, AUSA
                                 Laura Mantell                for L. MANTELL, AUSA
                                 Assistant U.S. Attorney
                                 (718) 254-6253

Dated: Hauppauge, New York
       January _____, 2012

                                              Philippe Solages, 1300
                                              Veterans Memorial Highway
                                              Hauppauge, New York 11788

                          By: _____
                                 Philippe Solages
                                 (631) 366-5700

_____
Derick Phanord
Owner of Vehicle
156 Cocoanut Street
Brentwood, New York

SO ORDERED this 18th day
of January 2012

_____
HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

A TRUE COPY
ATTEST
DATE 1/8/12  20___
DOUGLAS C. PALMER
CLERK
BY _____
DEPUTY CLERK